# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>VAPE SAVVY LLC, et al.,<br><br>    Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C23-0411JLR |

\_\_\_  **Jury Verdict**.  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**  **Decision by Court**.  This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

This matter is DISMISSED without prejudice to Plaintiff raising its claims in *GS Holistic, LLC v. Vape Savvy LLC*, No. C23-0373JLR (W.D. Wash.).

Filed this 22nd day of April, 2024.

                RAVI SUBRAMANIAN
                Clerk of Court

                s/ Ashleigh Drecktrah
                Deputy Clerk